UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BILL H. WILLIS,

    Plaintiff,

-v-

NANCY A. BERRYHILL,
Acting Commissioner Of Social Security,

    Defendant.

Civil Action No. 5:18-cv-758 (ATB)

**CONSENT ORDER TO REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g)**

    This matter having been opened to the Court by GRANT C. JAQUITH, United States Attorney for the Northern District of New York, attorney for Defendant, Daniella M. Calenzo, Special Assistant United States Attorney, of counsel, for an Order remanding the within cause of action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), so that further administrative action may be taken, including but not limited to offering Plaintiff a *de novo* hearing, and issuing a new decision; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

    IT IS on this __22nd__ day of __February__, 2019;

    ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action under the fourth sentence of 42 U.S.C. § 405(g); and it is further

ORDERED that the within matter, be and hereby is, DISMISSED with prejudice.

_____
Andrew T. Baxter
U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order:

Dated: February 21, 2019

        GRANT C. JAQUITH
        United States Attorney

By: /s/ Daniella M. Calenzo
     Daniella M. Calenzo
     Special Assistant U.S. Attorney
     Attorney for Defendant

By: /s/ Howard D. Olinsky
     Howard D. Olinsky
     Attorney for Plaintiff